**Keith Salvatore LABELLA,**
**Plaintiff–Appellant,**

v.

**FEDERAL BUREAU of INVESTIGATION and United States Department of Justice, Defendants–Appellees.**

No. 08–2540–cv.

United States Court of Appeals, Second Circuit.

Oct. 5, 2009.

Keith Salvatore Labella, Maspeth, New York, pro se.

F. Franklin Amanat, Assistant United States Attorney (Susan L. Riley, Assistant United States Attorney, on the brief,) for Benton J. Campbell, United States Attorney for the Eastern District of New York, for Appellees.

PRESENT: DENNIS JACOBS, Chief Judge, ROBERT D. SACK, and GERARD E. LYNCH, Circuit Judges.

### *SUMMARY ORDER*

Plaintiff–Appellant Keith Salvatore Labella ("Labella") appeals from an order of the United States District Court for the Eastern District of New York (Garaufis, *J.*), which granted summary judgment to Defendants–Appellees Federal Bureau of Investigation and United States Department of Justice and denied Labella's cross-motion for summary judgment. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

Having reviewed Labella's contentions on appeal and the record of the proceedings below, we affirm for substantially the reasons stated in the district court's thorough opinion. We find no merit in Labella's arguments.

Accordingly, we hereby **AFFIRM** the judgment of the district court.